AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
OCT 16 2017
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Daisy Suzeth GONZALEZ (YOB:1992) | ) ) ) ) ) | Case No. M-17-1860-M |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 28, 2017__ in the county of __Hidalgo__ in the
__Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Title 751(a) | Knowingly ESCAPE from federal custody, that is, Mid-Valley Residential Reentry Center located in Edinburg, Texas in which she was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court of the Southern District of Texas for the conviction of conspiracy to possess with intent to distribute 152.85 kilograms of marijuana, a Schedule I controlled substance. |

This criminal complaint is based on these facts:
See attachment "A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mario Loya, Deputy U.S. Marshal
*Printed name and title*

Approved
Sworn to before me and signed in my presence.

Date: 10-16-17

_____
Dorina Ramos
*Judge's signature*

City and state: McAllen, Texas

Dorina Ramos
US Magistrate Judge
*Printed name and title*

## Attachment "A"

On November 15, 2012 Drug Enforcement Administration agents arrested Daisy Suzeth GONZALEZ in case 7:12-CR-01997-1 for conspiracy to possess with intent to distribute 152.85 kilograms of marijuana.

On February 26, 2013 GONZALEZ pled guilty to count #1 of the indictment: Conspiracy to possess with intent to distribute 152.85 kilograms of marijuana, a Schedule I controlled substance Title 21 U.S.C. 846, 841 (a)(1) and 841 (b)(1)(B).

On May 9, 2013, the Honorable District Court Judge Randy Crane sentenced GONZALEZ to 60 months custody of the Federal Bureau of Prisons with 4 years of supervised release.

On April 5, 2017, GONZALEZ was transferred to the Mid-Valley Residential Reentry Center in Edinburg, Texas. GONZALEZ was to remain in custody at the Reentry Center until the conclusion of her sentence on October 19, 2017.

On September 28, 2017 at approximately 1:15 PM, Mid Valley Reentry Center staff members reported that GONZALEZ had left the facility on foot without permission and had yet to return. At approximately 1:23 PM the Federal Bureau of Prisons provided the United States Marshals Service with a Notice of Escaped Federal Prisoner form regarding GONZALEZ. On September 28, 2017, Deputy United States Marshals of the McAllen division made a coordinated effort to locate GONZALEZ. As of October 11, 2017, GONZALEZ's current whereabouts remain unknown.